UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
       Plaintiff,    )
           )
   v.      )  CIVIL NO.  04-CV-12571-NMG
           )
JAROSLAV V. PECHACEK,  )
       Defendant.    )

## SATISFACTION OF JUDGMENT

   Now comes the plaintiff, the United States of America, and acknowledges satisfaction of

the Judgment as to the defendant, Jaroslav V. Pechacek, by payment in full.

         Respectfully submitted,

         UNITED STATES OF AMERICA
         By its attorneys

         MICHAEL J. SULLIVAN
         United States Attorney

     By:

         /s/    Christopher R. Donato
         CHRISTOPHER R. DONATO
         Assistant U.S. Attorney
         1 Courthouse Way, Suite 9200
         Boston, MA 02210
         (617) 748-3303

Dated:  August 4, 2005

## CERTIFICATE OF SERVICE

Suffolk, s.s.              Boston, MA

   I hereby certify that on this date, I have served a copy of the foregoing by mailing to
Jaroslav V. Pechacek at 445 South Street, Apt. 4, Hyannis, MA 02601.

         /s/    Christopher R. Donato
         CHRISTOPHER R. DONATO
         Assistant U.S. Attorney